```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GEORGE D. AND MARIA P. KOFINAS,     :
                                    :
     Plaintiffs,                    :
                                    :    20-cv-7500 (JSR)
          -v-                       :
                                    :    ORDER
FIFTY-FIVE CORP., et al.,           :
                                    :
     Defendants.                    :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On January 12, 2021, pursuant to this Court's Individual Rules of Practice, the parties called Chambers with a joint telephone application. The parties represent that they have been conducting discovery in good faith, and each side represents that it has no objections to the diligence of the other side. However, the parties expect that they will be unable to comply with the Court's present Case Management Order, ECF No. 58, due to the volume of discovery; issues concerning third-party witnesses' availability, including a witness who contracted COVID-19; and conflicts during the holidays. That said, the parties represent that they do not intend to file summary judgment motions, so they can still be trial-ready by March 9, 2021 and can still be prepared for the final pretrial conference presently set for March 15, 2021 at 3:30 pm.

Based on the parties' representations, the Court grants the parties' joint application. The deadline to complete discovery is extended to February 26, 2021.

SO ORDERED.

Dated:    New York, NY
         January 13, 2020                 _____
                                          United States District Judge

2