# EXHIBIT A

**List of Exhibits to be Offered by Plaintiffs at Trial and Defendants' Objections Thereto**

| Doc # | Document[1] | Bates No./Other Identifying Information | Deposition Exhibit Nos. (if applicable) | Objections |
|---|---|---|---|---|
| 1 | Proprietary Lease between Fifty-Five Corporation, on the one hand, and George D. Kofinas and Maria P. Kofinas on the other hand, dated June 25, 2014, for Unit 1B | Exhibit C to Amended Complaint (Dkt. 65-3) | Greenwald 1<br>Kofinas, M. 2<br>Kofinas, G. 3 | |
| 2 | Proprietary Lease between Fifty-Five Corporation, on the one hand, and George D. Kofinas and Maria P. Kofinas, on the other hand, dated June 25, 2014, for Unit 1C | Exhibit D to Amended Complaint (Dkt. 65-4) | Greenwald 2<br>Kofinas, M. 3<br>Kofinas, G. 4 | |
| 3 | Proprietary Lease between Fifty-Five Corporation, on the one hand, and George D. Kofinas and Maria P. Kofinas, on the other hand, dated November 30, 2015, for Unit 1D/HW | Exhibit E to Amended Complaint (Dkt. 65-5) | Greenwald 3<br>Kofinas, M. 4<br>Kofinas, G. 5 | |
| 4 | Email chain top email dated 10/8/2015 (Greenwald to Santoleri) | PENZANCE0007475 - PENZANCE0007477 | Greenwald 4 | |
| 5 | ConEd Prior Steam Leak Documents | CONED_0000002 - CONED_0000011 | Greenwald 5<br>Rudd 22<br>Wender 15<br>Wilde 10<br>Ammatuna 1 | |
| 6 | ConEd Steam Operations Job Detail | CONED_0000014 - CONED_0000017 | Greenwald 6<br>Wender 13<br>Wilde 9<br>Ammatuna 2 | |
| 7 | Fifty-Five Corp. Board Minutes for 9/15/2014 meeting | Defendants 00131 – 00132 | Greenwald 7 | |
| 8 | Fifty-Five Corp. Board Minutes for 10/6/2014 meeting | Defendants 00113 – 00114 | Greenwald 8 | |
| 9 | Email chain top email dated 9/5/2014 (Johnson to Holmes) | PENZANCE0001916 - PENZANCE0001918 | Greenwald 9 | |
| 10 | Email chain top email dated 9/9/2014 (Greenwald to Johnson) | PENZANCE0001950 | Greenwald 10 | |
| 11 | Email chain top email dated 3/27/2014 (Ammatuna to Holmes) | PENZANCE0000727 - PENZANCE0000728 | Greenwald 11 | |

---

[1] The titles of the documents as set forth in this chart have been shortened or abbreviated in certain circumstances for purposes of brevity. Among other things, email chains (with two exceptions) are identified by reference to the date of the top email in the chain and last name of the sender and To: recipient(s) of the top email in the chain.

| | | | | |
|---|---|---|---|---|
| 12 | Email chain top email dated 10/7/2015 (Greenwald to Majeski) | PENZANCE0007455 - PENZANCE0007457 | Greenwald 12 | |
| 13 | Email chain top email dated 10/8/2015 (Wender to Greenwald) | PENZANCE0007458 - PENZANCE0007459 | Greenwald 13<br>Rudd 5<br>Wender 2<br>Ammatuna 3<br>Struth 1 | |
| 14 | Bartolone Wender Architects Memorandum dated 12/3/2015 | WENDER0000001 | Greenwald 14<br>Rudd 8<br>Ammatuna 5<br>Struth 2 | |
| 15 | Fifty-Five Corp. Board Minutes for 12/7/2015 Meeting | Defendants 00138 – 00139 | Greenwald 15<br>Rudd 9<br>Ammatuna 6 | |
| 16 | Fifty-Five Corp. Board Minutes for 2/29/2016 Meeting | Defendants 00183 – 00185 | Greenwald 16<br>Rudd 10<br>Ammatuna 7 | |
| 17 | Fifty-Five Corp. Letter to Shareholders 12/3/2018 | PENZANCE0015710 - PENZANCE0015712 | Greenwald 17 | |
| 18 | Fifty-Five Corp. Letter to Shareholders 10/2/2015 | PENZANCE0007299 - PENZANCE0007300 | Greenwald 18 | |
| 19 | Draft Fifty-Five Corp. Board Minutes for Annual Meeting on 6/9/2016 | Defendants 00161 – 00162 | Greenwald 19 | |
| 20 | Fifty-Five Corp. Board Minutes for 12/4/2017 Meeting | Defendants 00190 - 00191 | Greenwald 20<br>Rudd 11<br>Ammatuna 8<br>Struth 3 | |
| 21 | Email chain top email dated 1/8/2018 (Hitlall to Antonucci) | ANTONUCCI0000031 - ANTONUCCI0000033 | Greenwald 21<br>Rudd 12<br>Wilde 1<br>Ammatuna 9 | |
| 22 | Antonucci Engineer's Field Report #001 for 55 CPW issue date 12/26/2017 | ANTONUCCI0000597 - ANTONUCCI0000608 | Greenwald 22<br>Rudd 13<br>Wilde 2<br>Ammatuna 11<br>Struth 4 | |
| 23 | Fifty-Five Corp. Board Minutes for 1/8/2018 Meeting | Defendants 00210 - 00211 | Greenwald 23<br>Rudd 14<br>Wilde 11<br>Ammatuna 27 | |
| 24 | Fifty-Five Corp. Board Minutes for 2/12/2018 Meeting | Defendants 00212 - 00213 | Greenwald 24<br>Rudd 15<br>Wilde 12 | |
| 25 | Email chain top email dated 4/15/2018 (Greenwald to Hitlall) | PENZANCE0013718 - PENZANCE0013719 | Greenwald 25 | |
| 26 | Fifty-Five Corp. Board Minutes for 3/5/2018 Meeting | Defendants 00214 - 00215 | Greenwald 26<br>Wilde 13 | |
| 27 | Antonucci Schematic Repair Plans for 55 CPW | ANTONUCCI0000624 - ANTONUCCI0000628 | Greenwald 27<br>Rudd 16 | |

| | | | | |
|---|---|---|---|---|
| | | | Wilde 5 Ammatuna 12 Struth 5 | |
| 28 | Antonucci Engineer's Report #002 for 55 CPW issue date 9/19/2018 | ANTONUCCI0000629 - ANTONUCCI0000644 | Greenwald 28 Rudd 17 Wilde 6 Ammatuna 13 Struth 6 | |
| 29 | Fifty-Five Corp. Board Minutes for 10/1/2018 Meeting | Defendants 00227 - 00228 | Greenwald 29 | |
| 30 | Antonucci 2018 Invoices to Rudd Realty | ANTONUCCI0000651 - ANTONUCCI0000655 | Greenwald 30 Rudd 19 | |
| 31 | Email chain top email dated 6/10/2018 (Greenwald to Marcus) | PENZANCE0014232 - PENZANCE0014233 | Greenwald 31 Ammatuna 14 | |
| 32 | Email chain top email dated 6/18/2018 (Greenwald to Florman) | PENZANCE0014259 - PENZANCE0014260 | Greenwald 32 Ammatuna 15 | |
| 33 | Email chain top email dated 12/18/2019 (Greenwald to Rudd and Hitlall) | PENZANCE0018981 - PENZANCE0018982 | Greenwald 33 | |
| 34 | Email chain top email dated 6/11/2020 (Greenwald to Struth) | PENZANCE0022218 - PENZANCE0022220 | Greenwald 34 Rudd 20 Struth 7 | |
| 35 | Email chain top email dated 6/15/2020 (Greenwald to Hitlall) | PENZANCE0022359 - PENZANCE0022361 | Greenwald 35 Rudd 21 Struth 8 | |
| 36 | Lawless & Mangione Letter Report to Rudd dated 10/8/2019 | L&M0000161 - L&M0000164 | Greenwald 36 Rudd 23 Ammatuna 17 Struth 9 | |
| 37 | Lawless & Mangione Field Report for 10/23/2019 visit to 55 CPW for leak test at Units 1B, 1C, 1D and 1D-HW | L&M0000010 - L&M0000017 | Greenwald 37 Rudd 24 Ammatuna 18 Struth 10 | |
| 38 | Email chain top email dated 11/13/2019 (Rodriguez to Struth and Reinoso) | L&M0000018 - L&M0000029 | Greenwald 38 Rudd 25 Struth 11 | |
| 39 | Email chain top email dated 11/5/2019 (Greenwald to Rudd) | PENZANCE0018576 - PENZANCE0018582 | Greenwald 39 Rudd 26 Struth 12 | |
| 40 | Email chain top email dated 11/12/2019 (Greenwald to Rudd) | PENZANCE0018693 - PENZANCE0018701 | Greenwald 40 Rudd 27 Struth 13 | |
| 41 | Email chain top email dated 12/11/2019 (Greenwald to Rudd) | PENZANCE0018918 - PENZANCE0018919 | Greenwald 41 Rudd 28 | |
| 42 | Lawless & Mangione Project Manual for Leak and Sidewalk Repairs at 55 CPW | L&M0000034 - L&M0000115 | Greenwald 42 Struth 14 | |

| | | | | |
|---|---|---|---|---|
| 43 | Email dated 1/13/2020 (Greenwald to Rudd, Hitlall, Strosser and Ammatuna) | PENZANCE0019164 | Greenwald 43 Rudd 29 | |
| 44 | Email chain top email dated 1/21/2020 (Greenwald to Rudd) | PENZANCE0019169 - PENZANCE0019185 | Greenwald 44 Rudd 30 | |
| 45 | Email chain top email dated 1/22/2020 (Greenwald to Rudd) | PENZANCE0019187 - PENZANCE0019204 | Greenwald 45 Rudd 31 | |
| 46 | Email chain top email dated 1/27/2020 (Greenwald to Rudd) | PENZANCE0019227 - PENZANCE0019229 | Greenwald 46 Rudd 32 Struth 15 | |
| 47 | Email chain top email dated 2/14/2020 (Greenwald to Weisberg) | PENZANCE0019474 - PENZANCE0019475 | Greenwald 47 Rudd 33 Struth 16 | |
| 48 | January 28, 2020 Letter from Fifty-Five Corp. Board of Directors to Shareholders | Defendants 04283 – 04285 Exhibit L to Amended Complaint (Dkt. 65-12) | Greenwald 48 Rudd 35 Struth 21 | |
| 49 | Email chain top email dated 1/25/2020 (Greenwald to Majeski) | PENZANCE0019211 - PENZANCE0019214 | Greenwald 49 | |
| 50 | Email chain top email dated 3/8/2019 (Greenwald to Rudd and Struth) | PENZANCE0016220 - PENZANCE0016225 | Greenwald 50 Rudd 36 Struth 22 | |
| 51 | Email chain top email dated 2/27/2020 (Greenwald to Weisberg) | PENZANCE0019620 - PENZANCE0019621 | Greenwald 51 Rudd 37 Struth 23 | |
| 52 | Email chain top email dated 3/5/2020 (Greenwald to Weisberg) | PENZANCE0019792 - PENZANCE0019793 | Greenwald 52 Rudd 38 Struth 24 | |
| 53 | Lawless & Mangione Leak Investigation Field Report for 5/27/2020 visit | L&M0000131 - L&M0000143 | Greenwald 53 Rudd 39 Ammatuna 19 Struth 36 | |
| 54 | Lawless & Mangione Field Report for 7/22/2020 visit | L&M0000165 - L&M0000167 | Greenwald 54 Rudd 40 Ammatuna 20 Struth 37 | |
| 55 | Peter N. Greenwald Affidavit in Opposition dated 8/24/2020, filed in Kofinas et al. v. Fifty-Five Corp., Index No. 151914/2020 (N.Y. Sup. N.Y. Cty.) | Article 78 docket number 22 | Greenwald 55 Wender 12 | |
| 56 | Email chain top email dated 6/2/2015 (Dagen to Helm) | PENZANCE0005121 - PENZANCE0005123 | Greenwald 56 | |
| 57 | Email chain top email dated 6/11/2020 (Weisberg to Greenwald) | PENZANCE0022213 - PENZANCE0022214 | Greenwald 57 | |
| 58 | Email chain top email dated 11/25/2020 (Greenwald to Hitlall) | Defendants 02848 - 02848 | Greenwald 58 | |
| 59 | Email dated 9/24/2020 (Greenwald to Weisberg) | PENZANCE0024501 | Greenwald 59 | |

| | | | | |
|---|---|---|---|---|
| 60 | Fifty-Five Corp. Board of Directors 2015-2016 Contact Info | PENZANCE0005435 | Greenwald 60 Rudd 45 | |
| 61 | Fifty-Five Corp. Shareholders List | PENZANCE0009688 | Greenwald 61 | |
| 62 | Rudd Realty Website - Frederick J. Rudd Biography Page | N/A - publicly available | Rudd 1 | Subject to best evidence rule |
| 63 | Rudd Realty Website – About Us Page | N/A - publicly available | Rudd 2 | Subject to best evidence rule |
| 64 | Rudd Realty Website - Our Services Page | N/A - publicly available | Rudd 3 | Subject to best evidence rule |
| 65 | Rudd Realty Website – FAQ Page | N/A - publicly available | Rudd 4 | Subject to best evidence rule |
| 66 | Email chain top email dated 10/8/2015 (Wender to Greenwald and Rudd) | PENZANCE0007460 - PENZANCE0007461 | Rudd 6 Wender 4 | |
| 67 | Photographs attached to 10/8/15 email from Wender to Greenwald and Rudd | PENZANCE0007462 - PENZANCE0007466 | Rudd 7 Wender 4 Ammatuna 4 | |
| 68 | Email dated 9/19/2018 (Wilde to Rudd) | ANTONUCCI0000041 | Rudd 18 Wilde 7 | |
| 69 | Indoor Environmental Diagnostics & Solutions (IEDS), LLC Indoor Air Quality (IAQ) Report dated 2/11/2020 | KOFINAS_0002309 - KOFINAS_0002320 | Rudd 34 Struth 17 | |
| 70 | Rudd Realty Memorandum re Water Penetration/Leak Repair Update dated 5/15/2019 | PENZANCE0016844 | Rudd 41 Ammatuna 21 Struth 32 | |
| 71 | Amsterdam Restoration LLC Form of Proposal dated 6/6/2019 | Defendants 00009 - 00016 | Rudd 42 | |
| 72 | Standard Waterproofing Corp. Form of Proposal dated 5/30/2019 | Defendants 00106 - 00112 | Rudd 43 | |
| 73 | AM Building Restoration Form of Proposal dated 6/4/2019 | Defendants 00001 - 00008 | Rudd 44 | |
| 74 | Olmsted Environmental Services, Inc. Mold Inspection and Testing Report dated 5/11/2020 | KOFINAS_0007508 - KOFINAS_0007528 | Rudd 46 Struth 19 | |
| 75 | Email chain top email dated 11/25/2020 (Greenwald to Hitlall) | Defendants 03283 - 03286 | Rudd 47 Struth 18 | |
| 76 | Email chain top email dated 5/15/2020 (Hitlall to Stock) | Defendants 00497 | Rudd 48 Struth 20 | |
| 77 | Weisberg letter to Greenspun dated 2/14/2020 | Defendants 00427 - 00428 | Weisberg 1 Struth 33 | |
| 78 | Weisberg letter to Greenspun dated 5/26/2020 | Defendants 03423 - 03424 | Weisberg 2 Struth 34 | |
| 79 | Weisberg letter to Greenspun dated 5/29/2020 | PENZANCE0021415 - PENZANCE0021416 | Weisberg 3 Struth 35 | |

| | | | | |
|---|---|---|---|---|
| 80 | Phyllis H. Weisberg Affirmation in Opposition dated 8/24/2020, filed in *Kofinas et al. v. Fifty-Five Corp.*, Index No. 151914/2020 (N.Y. Sup. N.Y. Cty.) | Article 78 docket number 23 | Weisberg 4 Biazar 6 Wender 11 Struth 38 | |
| 81 | Email chain top email dated 9/29/2015 (Biazar to Wender) | BIAZAR0000757 | Biazar 1 Wender 1 | |
| 82 | Email chain top email dated 12/4/2015 (Biazar to Phufas) with attached 12/3/2015 memo | KOFINAS_0004995 - KOFINAS_0004997 | Biazar 2 Wender 8 | |
| 83 | Email chain top email dated 12/22/2015 (Biazar to Wender) and attached photographs | KOFINAS_0004393 - KOFINAS_0004398 | Biazar 3 Wender 9 | |
| 84 | Email chain top email dated 1/4/2016 (Biazar to Wender and Ammatuna) | KOFINAS_0000410 - KOFINAS_0000414 | Biazar 4 Wender 10 | |
| 85 | Email dated 10/8/2015 (Biazar to Phufas) and attached photographs | BIAZAR0003516 - BIAZAR0003521 | Biazar 5 | |
| 86 | Renovation Plans | Defendant 00018-00036 | Biazar 7 | |
| 87 | Email chain second from top email dated 10/8/2015 (Greenwald to Wender) | PENZANCE0007468- PENZANCE0007469 | Wender 3 | |
| 88 | Email chain top email dated 10/8/2015 (Santoleri to Greenwald, Wender and Rudd) | PENZANCE0007472 - PENZANCE0007474 | Wender 5 | |
| 89 | Email chain top email dated 10/21/2015 (Wender to Biazar) | KOFINAS_0000314 - KOFINAS_0000317 | Wender 6 | |
| 90 | Email chain top email dated 12/3/2015 (Phufas to Wender, Denicola and Weisberg) | BAR0000117 - BAR0000119 | Wender 7 | |
| 91 | ConEd Steam Job Inquiry from 9/5/2014 | CONED_0000040 - CONED_0000041 | Wender 14 | |
| 92 | Antonucci Field Notes for 12/12/2017 Site Visit | ANTONUCCI0000034 - ANTONUCCI0000035 | Wilde 3 Ammatuna 10 | |
| 93 | Email chain top email dated 3/29/2018 (Antonucci to Hitlall) | ANTONUCCI0000037 - ANTONUCCI0000039 | Wilde 4 | |
| 94 | ConEd Steam Plate [CONFIDENTIAL UNDER SEAL PER MINUTE ENTRY DECISION DATED 5/19/21] | CONED_0000001 | Wilde 8 | |
| 95 | Photograph - steel columns at the cellar level | ANTONUCCI0000068 | Wilde 14 | |
| 96 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000069 | Wilde 15 | |
| 97 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000082 | Wilde 16 | |
| 98 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000094 | Wilde 17 | |

| | | | | |
|---|---|---|---|---|
| 99 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000105 | Wilde 18 | |
| 100 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000122 | Wilde 19 | |
| 101 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000267 | Wilde 20 | |
| 102 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000281 | Wilde 21 | |
| 103 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000282 | Wilde 22 | |
| 104 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000288 | Wilde 23 | |
| 105 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000344 | Wilde 24 | |
| 106 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000348 | Wilde 25 | |
| 107 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000362 | Wilde 26 | |
| 108 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000420 | Wilde 27 | |
| 109 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000434 | Wilde 28 | |
| 110 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000437 | Wilde 29 | |
| 111 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000449 | Wilde 30 | |
| 112 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000459 | Wilde 31 | |
| 113 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000472 | Wilde 32 | |
| 114 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000482 | Wilde 33 | |
| 115 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000491 | Wilde 34 | |
| 116 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000496 | Wilde 35 | |
| 117 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000506 | Wilde 36 | |
| 118 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000508 | Wilde 37 | |
| 119 | Photograph - Antonucci probe work | ANTONUCCI0000514 | Wilde 38 | |
| 120 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000564 | Wilde 39 | |
| 121 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000566 | Wilde 40 | |
| 122 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000571 | Wilde 41 | |
| 123 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000574 | Wilde 42 | |

| | | | | |
|---|---|---|---|---|
| 124 | Photograph - conditions at the basement 55 CPW | ANTONUCCI0000575 | Wilde 43 | |
| 125 | Photograph - northeast corner of 55 CPW | ANTONUCCI0000592 | Wilde 44 | |
| 126 | Photograph - northeast corner of 55 CPW | ANTONUCCI0000593 | Wilde 45 | |
| 127 | Photograph - east side of building facing Central Park West | ANTONUCCI0000594 | Wilde 46 | |
| 128 | Photograph - southeast corner of 55 CPW | ANTONUCCI0000595 | Wilde 47 | |
| 129 | Photograph - southeast corner of 55 CPW | ANTONUCCI0000596 | Wilde 48 | |
| 130 | Email chain top email dated 2/19/2019 (Greenwald to Majeski) | PENZANCE0016161 - PENZANCE0016166 | Ammatuna 16 | |
| 131 | Email chain top email dated 1/4/2016 (Wender to Biazar and Ammatuna) | KOFINAS_0004293 - KOFINAS_0004296 | Ammatuna 22 | |
| 132 | Email chain top email dated 10/15/2018 (Singh to Rudd, Weithorn, Vukic and Barron) | PENZANCE0015332 - PENZANCE0015342 | Ammatuna 23 Struth 28 | |
| 133 | Email chain top email dated 7/30/2018 (Ricciardelli to Rudd) | PENZANCE0014782 - PENZANCE0014783 | Ammatuna 24 | |
| 134 | Email chain top email dated 6/26/2018 (Greenwald to Rudd) | PENZANCE0014291 - PENZANCE0014292 | Ammatuna 25 Struth 29 | |
| 135 | Email chain top email dated 10/28/2018 (Greenwald to Weithorn) | PENZANCE0015408 - PENZANCE0015411 | Ammatuna 26 Struth 31 | |
| 136 | Lawless & Mangione Leak & Sidewalk Repairs at 55 CPW Plans | L&M0000144 - L&M0000147 | Struth 25 | |
| 137 | Email chain top email dated 8/4/2020 (Weisberg to Rudd and Hitlall) | PENZANCE0023477 - PENZANCE0023478 | Struth 26 | |
| 138 | John Schimenti P.C. Architect, AIA Letter to Greenspun 7/28/2020 | PENZANCE0023479 | Struth 27 | |
| 139 | Fifty-Five Corp. Board Minutes for 9/17/2018 Meeting | PENZANCE0015246 - PENZANCE0015247 | Struth 30 | |
| 140 | Screenshot of Office Locations | N/A - publicly available | Kofinas, M. 1 Kofinas, G. 2 | |
| 141 | Plaintiffs' Supplemental Response to Defendants' Interrogatory Nos. 2 and 12 dated 3/5/2021 and attached Exhibits A-F | N/A | Kofinas, M. 5 Kofinas, G. 16 Boutris 6 Carnevale 1 Conille 2 | Subject to proper foundation being laid as a business records maintained in ordinary course of business; damages alleged are |

| | | | | |
|---|---|---|---|---|
| | | | | based on expert opinions of someone who has not been identified as an expert; failure to produce documents substantiating 110% variable; self-serving, hearsay and no foundation laid, speculative; lack of personal knowledge; |
| 142 | Referred Cases from January 2019 to December 2019 | KOFINAS_0008125 | Kofinas, G. 1 Boutris 4 Conille 3 | |
| 143 | Email dated 9/19/2019 (Boutris to Rudd, Hitlall, Gottlieb and Rivera) with attached photographs | KOFINAS_0000523-KOFINAS_0000525 and attachment KOFINAS_0000544-KOFINAS0000548 | Kofinas, G. 6 Boutris 1 | |
| 144 | Email chain top email dated 5/12/2020 (Kofinas, Jason to Kofinas, George) | KOFINAS_0004473 | Kofinas, G. 7 | |
| 145 | Bar Construction Services Corp. Invoice dated 7/28/2020 to Kofinas Fertility Group | KOFINAS_0002322 | Kofinas, G. 8 | |
| 146 | Email dated 11/25/2019 (Boutris to Greenwald) | Defendants 00571 | Kofinas, G. 9 | |
| 147 | Email chain second from top email dated 11/20/2019 (Boutris to Cabrera and Hitlall) | Defendants 04161-04171 | Kofinas, G. 10 | |
| 148 | Email chain top email dated 11/29/2019 (Greenwald to Boutris and Kofinas) | Defendants 04210-04222 | Kofinas, G. 11 | |
| 149 | 2020 Surgeries - Providers of Record | CARNEVALE0000010 | Kofinas, G. 12 Boutris 5 Conille 4 | |
| 150 | 2020 First Appointment - CPW | CARNEVALE0000008 | Kofinas, G. 13 Conille 1 | |
| 151 | 2020 New Patients Appointments | CARNEVALE0000009 | Kofinas, G. 14 Boutris 3 Conille 5 | |

| # | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 152 | Plaintiffs' Response to Defendants' First Set of Interrogatories dated 12/2/2020 | N/A | Kofinas, G. 15 Carnevale 2 | Hearsay, documents not provided substantiating the business interruption claim, self-serving, speculative |
| 153 | Photograph - Kofinas Temporary Closure | N/A | Boutris 2 | |
| 154 | Email chain top email dated 11/12/2019 (Hitlall to Boutris) | PENZANCE0000060 - PENZANCE0000061 | Boutris 7 | |
| 155 | Email chain top email dated 10/7/2019 (Phufas to Boutris and Cabrera) | KOFINAS_0002036 | Boutris 8 | |
| 156 | Transcript of March 18, 2021 Deposition of George Kofinas | N/A | Carnevale 3 | |
| 157 | Defendants' Response to Plaintiffs' First Set of Interrogatories dated 12/10/2020 | N/A | | |
| 158 | Declaration of Christopher Schimpf (Vidaris, Inc.) dated 4/22/2021 with Exhibit A | N/A | | Hearsay and subject to proper foundation being laid |
| 159 | Amended Complaint dated 12/4/2020 and Exhibits A-S | Dkt. 65 | | |
| 160 | Answer to Amended Complaint dated 2/2/2021 | Dkt. 81 | | |
| 161 | Antonucci Proposal to Rudd dated 2/12/2018 | ANTONUCCI0000645 - ANTONUCCI0000646 | | |
| 162 | Transcript of December 29, 2020 Deposition of Phyllis Weisberg | N/A | | |
| 163 | Transcript of February 9, 2021 Deposition of Kamyar Biazar | N/A | | |
| 164 | Transcript of February 18, 2021 Deposition of John Wender | N/A | | |
| 165 | Transcript of February 19, 2021 Deposition of Antonucci & Associates Architects and Engineers by Justin Wilde | N/A | | |
| 166 | Transcript of March 10, 2021 Deposition of Maria Kofinas | N/A | | |
| 167 | Transcript of March 24, 2021 Deposition of Peter Greenwald | N/A | | |
| 168 | Transcript of March 29, 2021 Deposition of Frederick Rudd | N/A | | |

| | | | | |
|---|---|---|---|---|
| 169 | Transcript of April 6, 2021 Deposition of Guglielmo Ammatuna | N/A | | |
| 170 | Transcript of April 7, 2021 Deposition of Demetrios Boutris | N/A | | |
| 171 | Transcript of April 8, 2021 Deposition of Ted Carnevale | N/A | | |
| 172 | Transcript of April 13, 2021 Deposition of William Struth | N/A | | |
| 173 | Transcript of April 19, 2021 Deposition of Marie Conille | N/A | | |
| 174 | Declaration of George D. Kofinas dated 1/6/21 | Dkt. 73 | | Self-serving, hearsay, subject to best evidence rule |
| 174-A | Exhibit A to Declaration – Bar Construction Corp. Customer Report 55 CPW | Dkt. 73-1 | | |
| 174-B | Exhibit B to Declaration - check no. 1176 dated May 4, 2015 | Dkt. 73-2 | | |
| 174-C | Exhibit C to Declaration - check no. 1216 dated October 20, 2015 | Dkt. 73-3 | | |
| 174-D | Exhibit D to Declaration - check no. 1246 dated January 19, 2016 | Dkt. 73-4 | | |
| 174-E | Exhibit E to Declaration - check no. 1262 dated April 1, 2016 | Dkt. 73-5 | | |
| 174-F | Exhibit F to Declaration – May 31, 2016 bank statement with May 12, 2016 wire to Bar Construction Corp. | Dkt. 73-6 | | |
| 174-G | Exhibit G to Declaration - check no. 1285 dated June 6, 2016 | Dkt. 73-7 | | |
| 174-H | Exhibit H to Declaration - check no. 1290 dated June 30, 2016 | Dkt. 73-8 | | |
| 174-I | Exhibit I to Declaration - check no. 1297 dated August 1, 2016 | Dkt. 73-9 | | |
| 174-J | Exhibit J to Declaration - check no. 1303 dated September 19, 2016 | Dkt. 73-10 | | |
| 174-K | Exhibit K to Declaration - check no. 1319 dated November 18, 2016 | Dkt. 73-11 | | |
| 174-L | Exhibit L to Declaration – Invoice dated July 28, 2020 from Bar Construction Services Corp. to Kofinas Fertility Group | Dkt. 73-12 | Kofinas, G. 8 | |
| 174-M | Exhibit M to Declaration - check no. 11634 dated August 6, 2020 | Dkt. 73-13 | | |
| 174-N | Exhibit N to Declaration – Kofinas alteration package | Dkt. 73-14 | | |

| | | | | |
|---|---|---|---|---|
| | submitted on or about May 29, 2015 | | | |
| 175 | Declaration of Ted A. Carnevale dated 1/6/21 | Dkt. 72 | | Self-serving, hearsay, subject to best evidence rule |
| 176 | Email dated 8/3/20 (Kinkead to Cabrera) with attached Mitsui Letter to Kofinas Fertility Group, PC dated 7/24/2020 | KOFINAS_0003738-KOFINAS0003761 | | Hearsay, no foundation laid |
| 177 | Email dated 5/14/20 with attached Mitsui Letter to Kofinas Fertility Group, PC dated 5/14/2020 and cover email | KOFINAS_0003663-KOFINAS_0003684 | | Hearsay, no foundation laid |
| 178 | Email dated 4/13/2020 (Howe to Cabrera) with attached 4/13/20 letter from Howe to Cabrera and Engineering Report | KOFINAS_0003586-KOFINAS_0003603 | | |
| 179 | July 26, 2017 Letter from Fifty-Five Corp. to Shareholders | PENZANCE0016808-PENZANCE0016809 | | |
| 180 | Nov. 9, 2017 Letter from Fifty-Five Corp. to Shareholders | PENZANCE0016826-PENZANCE0016828 | | |
| 181 | Jan. 11, 2018 Letter from Fifty-Five Corp. to Shareholders | PENZANCE0016815-PENZANCE0016816 | | |
| 182 | July 20, 2018 Letter from Fifty-Five Corp. to Shareholders | PENZANCE0014530-PENZANCE0014531 | | |
| 183 | April 5, 2019 Letter from Fifty-Five Corp. to Shareholders | PENZANCE0016449-PENZANCE0016450 | | |
| 184 | Email dated 2/16/16 (Greenwald to Rivera and Ammatuna) with Draft Letter from Fifty-Five Corp. to Shareholders | PENZANCE0008889-PENZANCE0008891 | | |
| 185 | Fifty-Five Corp. Board Minutes for 1/6/2014 Meeting | Defendants 00118 | | |
| 186 | Fifty-Five Corp. Board Minutes for 2/3/2014 Meeting | Defendants 00119 – 00120 | | |
| 187 | Fifty-Five Corp. Board Minutes for 3/3/2014 Meeting | Defendants 00121 – 00122 | | |
| 188 | Fifty-Five Corp. Board Minutes for 4/7/2014 Meeting | Defendants 00123 – 00124 | | |
| 189 | Fifty-Five Corp. Board Minutes for 5/5/2014 Meeting | Defendants 00125 | | |
| 190 | Fifty-Five Corp. Minutes for 6/3/2014 Annual Shareholder Meeting | Defendants 00126 – 00128 | | |
| 191 | Fifty-Five Corp. Board Minutes for 7/14/2014 Meeting | Defendants 00129 – 00130 | | |

| | | | | |
|---|---|---|---|---|
| 192 | Email chain top email dated 1/5/2021 (Palella to Morrison) and attachment | N/A | | Not relevant, self-serving and prepared by counsel not a party to this action with respect to the nonparty deposition of Ms. Weisberg |
| 193 | Email chain top email dated 11/6/2019 (Rodriguez to Anias) | L&M0000168 - L&M0000169 | | |
| 194 | Façade Inspection and Safety Program Report (FISP) stamped received 6/30/2015 | L&M0000174 - L&M0000205 | | |
| 195 | Amended and Restated By-Laws of Fifty-Five Corporation | KOFINAS_0002048- KOFINAS_0002072 | | |
| 196 | Email dated 6/11/20 (Greenspun to Weisberg) with attached photographs | KOFINAS_0001425- KOFINAS_0001433 | | Self-serving, no foundation laid, not a business record of parties, hearsay |
| 197 | Email chain top email dated 10/31/2019 (Rudd to Greenwald) | PENZANCE0018548- PENZANCE0018550 | | |
| 198 | Greenspun Letter to Rudd dated February 12, 2020 | Defendants 00425-00426 | | Self-serving, hearsay, not relevant |
| 199 | Fifty-Five Corp. Board Minutes for 9/19/2016 Meeting | Defendants 00167-00168 | | |
| 200 | Fifty-Five Corp. Board Minutes for 6/1/2020 Meeting | Defendants 00248-00249 | | |
| 201 | Bar Construction Corp. Application and Certificate for Payment No. 1 | KOFINAS_0007217- KOFINAS_0007218 | | |
| 202 | Bar Construction Corp. Application and Certificate for Payment No. 2 | KOFINAS_0007214- KOFINAS_0007215 | | |
| 203 | Bar Construction Corp. Application and Certificate for Payment No. 3 | KOFINAS_0007227- KOFINAS_0007228 | | |
| 204 | Bar Construction Corp. Application and Certificate for Payment No. 4 | KOFINAS_0007220- KOFINAS_0007221 | | |
| 205 | Bar Construction Corp. Application and Certificate for Payment No. 5 | KOFINAS_0007116- KOFINAS_0007117 | | |

| | | | | |
|---|---|---|---|---|
| 206 | Bar Construction Corp. Application and Certificate for Payment No. 6 | KOFINAS_0007223 – KOFINAS_0007224 | | |
| 207 | Bar Construction Corp. Application and Certificate for Payment No. 7 | KOFINAS_0007123- KOFINAS_0007124 | | |
| 208 | Bar Construction Corp. Application and Certificate for Payment No. 8 | KOFINAS_0007232- KOFINAS_0007233 | | |
| 209 | Bar Construction Corp. Application and Certificate for Payment No. 9 | KOFINAS_0007225- KOFINAS_0007226 | | |