**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

GEORGE KOFINAS & MARIA KOFINAS,

Plaintiff,

-against-

20 **CIVIL** 7500 (JSR)

## JUDGMENT

FIFTY-FIVE CORP., et al.,

Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Findings of Fact, Conclusions of Law and Order dated July 27, 2021, final

judgment is entered in favor of Defendants. Because there is therefore no need for a second

phase of the trial with regard to damages, the case is closed.

**Dated:** New York, New York

July 27, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**